IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

    Plaintiff,                    No. CIV S-07-0737 DFL EFB P

    vs.

CHRISTOPHER ORE,

    Defendant.               ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 together with an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the application has not been filled out and signed by an authorized prison official.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE